**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW WILLIAM STRAIN,<br><br>    Plaintiff,<br><br>v.<br><br>BRAD POPE, e*t al.*,<br><br>    Defendants. | Case No.: 3:24-cv-00107-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 49 |

Before the court is Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment. (ECF No. 49.)

Good cause appearing, Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (ECF No. 49) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, July 13, 2026**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 47).

**IT IS SO ORDERED**.

Dated: May 13, 2026.

_____
Craig S. Denney
United States Magistrate Judge